IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAY JONES, D-53008, | ) |
| Plaintiff(s), | ) No. C 13-1798 CRB (PR) |
| v. | ) ORDER |
| J. SADEGHI, M.D., et al., | ) |
| Defendant(s). | ) |

Defendant Dr. J. Sadeghi has filed a motion to dismiss and a motion to strike in this civil rights action for damages under 42 U.S.C. § 1983 brought by a pro se prisoner at San Quentin State Prison.  Plaintiff shall file an opposition, or notice of non-opposition, to the motions by no later than November 1, 2013, and defendant shall file a reply to any opposition within 14 days thereafter.

The hearing noticed for November 22, 2013 is VACATED.

SO ORDERED.

DATED: Oct. 8, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Jones, A.13-1798.or1.wpd